888 A.2d 1178

**STATE of Maryland**

v.

**Victor BLYTHE, Jr.**

**No. 39 Sept. Term, 2005.**

Court of Appeals of Maryland.

Nov. 23, 2005.

Steven M. Sullivan, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD), for Petitioner.

Brian A. Zemil, Brien M. Penn and Tina H. Saunders (Venable, L.L.P.), Baltimore, for Respondent.

Submitted before: CELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, and GREENE, JJ.

**O R D E R**

The Court having considered the motion to dismiss the appeal and the State's opposition filed thereto in the above-captioned case, it is this 23rd day of November, 2005,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the motion be, and it is hereby, granted, and the appeal is dismissed as moot. Md. Rule 8–602(a)(10).